UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                          Case No. 07-cr-45-PB

**Dana Ragonese, et al.**


**O R D E R**


The defendant, through counsel, has moved to continue the January 8, 2008 trial in the above case, citing the need for additional time to complete a further psychological evaluation to determine competency and prepare for trial.  The government and co-defendant, John Douglas, do not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from January 8, 2008 to May 6, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The December 20, 2007 final pretrial conference is continued to April 23, 2008 at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 14, 2007

cc:  Glenn Geiger, Esq.
     Harry Batchelder, Esq.
     Bjorn Lange, Esq.
     Peter Papps, Esq.
     R. Brian Snow, Esq.
     United States Probation
     United States Marshal