**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    **v.**                                      Case No. 07-cr-45-PB

<u>**Dana Ragonese**</u>

## <u>O R D E R</u>

The defendant, through counsel, has moved to continue the trial scheduled for May 6, 2008, citing the need for additional time to negotiate a plea agreement.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 6, 2008 to August 19, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The April 23, 2008 final pretrial conference is continued to July 30, 2008 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 23, 2008

cc:  Glenn Geiger, Jr., Esq.
     Peter Papps, AUSA
     Bjorn Lange, Esq.
     United States Probation
     United States Marshal